**METLAKATLA INDIAN
COMMUNITY,
Appellant,**

v.

**Kathleen SEBELIUS, Secretary of
Health and Human Services,
Appellee.**

**No. 2010–1378.**

United States Court of Appeals,
Federal Circuit.

Jan. 16, 2011.

Geoffrey D. Strommer, Hobbs, Straus, Dean & Walker, LLP, Portland, OR, Marsha K. Schmidt, Hobbs, Straus, Dean & Walker, LLP, Washington, DC, for Appellant.

Jacob A. Schunk, Sameer P. Yerawadekar, Department of Justice, Washington, DC, Melissa A. Jamison, Department of Health and Human Services, Rockville, MD, for Appellee.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).